### WITHERSPOON *v.* SWIFT BROTHERS.

LEWIS, J. 1. It was too late, after an attachment case had proceeded to final judgment in favor of the plaintiff against the defendant therein, to file a claim in resistance to a levy entered upon the attachment and not designed to arrest the progress of the execution.

2. Were it otherwise, there was in the present case no error in dismissing the alleged claim, the same being evidenced only by a paper purporting to be an affidavit, which was not attested by any officer.

　　　　　　　*Judgment affirmed.　All the Justices concurring.*

Argued January 5, — Decided January 28, 1901.

Levy and claim. Before Judge Calhoun. City court of Atlanta. January 17, 1900.

*A. A. Manning,* for plaintiff in error.
*Smith, Hammond & Smith,* contra.